# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-3103

———————————————

JOEL SILVER,

   Appellant,

v.

CLAUDETTE SILVER,

   Appellee.

———————————————

On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.

May 6, 2026

PER CURIAM.

   AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Scott William Smiley and Alyssa Theodora Silva of Thompson, Crawford, Brown & Smiley, Tallahassee, for Appellant.

Thomas Joseph Schulte, Jr., of Ausley McMullen, Tallahassee, for Appellee.